452 A.2d 50

Commonwealth v. Stays, Appellant.

Submitted June 23, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed. Jurisdiction of the Superior Court of Pennsylvania is relinquished and the lower court is directed to enforce its sentence.

LIPEZ, J., filed a memorandum dissenting opinion.